USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PAUL MAZZA,

          Plaintiff,

  -v-

CUMULUS MEDIA INC.,

          Defendant.
-------------------------------------------------------------------X

17-cv-6895 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

This case has been randomly reassigned to me for all purposes. On January 3, 2018, Defendant Cumulus Media Inc. filed a suggestion of bankruptcy, indicating that Defendant and certain of its affiliates filed voluntary petitions for relief under 11 U.S.C. §§ 101-1532 in the U.S. Bankruptcy Court for the Southern District of New York on November 29, 2017. Dkt. No. 12.

It is hereby ORDERED that no later than May 1, 2020, and at least every sixty (60) days thereafter, Defendant file a letter on the docket providing an update as to the status of the bankruptcy proceedings.

SO ORDERED.

Dated: March 6, 2020
      New York, New York

LEWIS J. LIMAN
United States District Judge